Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN THE MATTER OF THE 


EXPUNGEMENT OF 


TRAVIS ARRINGTON





§


 


§


 


§


 


§


 


§



§

No. 08-08-00005-CV



Appeal from


 171st District Court


of El Paso County, Texas


(TC # 2006-1216)




MEMORANDUM OPINION



 Pending before the Court is the motion of Travis Arrington, Appellant, to dismiss his appeal
pursuant to Tex.R.App.P. 42.1(a)(1) because he no longer desires to prosecute the appeal. Appellees
have not objected to the motion and there is no indication that dismissal would prevent Appellees
from seeking relief to which they would otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). We
therefore grant the motion and dismiss the appeal with prejudice.


March 13, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.